IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS COMBINED FUNDS OF WESTERN PA, ET AL., | ) ) Civil Action No. 09-0043 |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| SHUBH HOTELS PITTSBURGH, LLC t/a HILTON PITTSBURGH, | ) ) ) |
| Defendant. | ) ) |

**ORDER OF COURT**

AND NOW, to wit, this 9th day of Feb, 2009, it is hereby ORDERED that the above-referenced case is DISCONTINUED.

*[signature]*
United States District Court

454792.1:LIT:000004-010359